**Dismissed; Opinion Filed January 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00971-CV

**JOSEPH THOMAS, Appellant**
**V.**
**ISAAC COLINDAS D/B/A ISAAC'S AUTO MECHANIC SHOP, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00509**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Appellant's brief in this case is overdue. By postcard dated November 14, 2017, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

170971F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSEPH THOMAS, Appellant

No. 05-17-00971-CV          V.

ISAAC COLINDAS D/B/A ISAAC'S
AUTO MECHANIC SHOP, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-00509.
Opinion delivered by Justice Lang. Justices
Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ISAAC COLINDAS D/B/A ISAAC'S AUTO
MECHANIC SHOP recover his costs of this appeal from appellant JOSEPH THOMAS.

Judgment entered this 29th day of January, 2018.